UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Scott Williams, Jr.<br>Sara L. Williams<br>4254 Roy Avenue<br>Macon, GA  31206 | CHAPTER 13<br><br>Case Number: 14-53102-AEC<br><br>ATTORNEY:  Kelley, Lovett, & Blakey, P.C. |

## OBJECTION TO MODIFICATION

Now comes the Standing Chapter 13 Trustee and files this her objection to the modified plan proposed by the debtors in the above-referenced case.

1

The modified plan filed by the debtors is not proposed in good faith.

**WHEREFORE**, the trustee prays that the Court deny the modified plan proposed by the debtors in the above-referenced case.

/s/ Camille Hope
Camille Hope, Trustee
P.O. Box 954
Macon, GA 31202
(478) 742-8706

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the attached document was sent  (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and  (3) mailed postage prepaid to all other interested parties at their addresses shown below .

| | |
|---|---|
| Scott Williams, Jr.<br>Sara L. Williams<br>4254 Roy Avenue<br>Macon GA  31206 | Alex D Sanders<br>with Kelley, Lovett, & Blakey, P.C. |

**DATED:** March 23, 2016

/s/ Camille Hope
Camille Hope, Trustee
P.O. Box 954
Macon, GA 31202
(478) 742-8706